UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MIKAILA W., | Case No. 6:23-cv-01422-MTK |
| Plaintiff, | **ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**KASUBHAI,** United States District Judge:

Before the Court is Plaintiff's Unopposed Motion for Attorney Fees. ECF No. 15. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court has reviewed the record in this case and finds that the requested fees are reasonable. Plaintiff's Motion (ECF No. 15) is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $4,800.00, to be paid in accordance with agency policy. Plaintiff's counsel shall refund the amount of $587.08 already received by counsel under the Equal Access to Justice Act.

Page 1 — ORDER

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Kevin Kerr, using the information on file with the Agency, consistent with this order.

DATED this 11th day of February 2026.

s/ Mustafa T. Kasubhai  
MUSTAFA T. KASUBHAI (he/him)  
United States District Judge